| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| I. Person Reporting (last name, first, middle initial) BRORBY, WADE | 2. Court or Organization Tenth Circuit | 3. Date of Report 04/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address P.O. Box 1028 Cheyenne, WY 82003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 APR -6 A II: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 11/25/97 | Prudential Insurance - Policy Dividend - See Part VIII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acadian Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 2. Avonworth PA SC (bond) | A | Interest | K | T | | | | | |
| 3. Bank of America (stock) | A | Dividend | J | T | | | | | |
| 4. BBH Inflation Indexed MM Fund | A | Dividend | J | T | Buy | 1/3* | J | | |
| 5. Black & Decker (stock) | A | Dividend | J | T | | | | | |
| 6. California S&P Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 7. Campbell County Abstract Co. (stock) | C | Dividend | K | W | | | | | |
| 8. Campbell County Oil Royalty | A | Royalty | J | W | | | | | |
| 9. Charles Schwab - 1000 Fund | A | Dividend | J | T | | | | | |
| 10. Charles Schwab - MM Fund | A | Interest | K | T | | | | | |
| 11. Charles Schwab - Municpal MM Fund (tax free) | A | Dividend | J | T | | | | | |
| 12. Charles Schwab - Small Cap Index Fund | B | Dividend | K | T | | | | | |
| 13. Charles Schwab - Value Advantage Fund | A | Dividend | J | T | | | | | |
| 14. CIT Group (notes) | A | Interest | K | T | | | | | |
| 15. Clipper Fund | A | Dividend | J | T | | | | | |
| 16. Daimler Chrysler (bond) | A | Interest | J | T | Sell | 1/3* | J | | |
| 17. Exxon Mobil Corp. (stock) | A | Dividend | J | T | Buy | 1/3* | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Homeowner Lending Mortgage | A | Interest | J | T | | | | | |
| 19. Federal Home Loan Bank (notes) | B | Dividend | K | T | Buy | 1/3* | K | | |
| 20. Federal National Mortgage | A | Interest | K | T | | | | | |
| 21. First National Bank of Gillette - various bank accounts | B | Interest | L | T | | | | | |
| 22. FMI Focus Fund | A | Dividend | J | T | Sell | 3/16 | J | A | |
| 23. General Electric Corp. (stock) | A | Dividend | J | T | Sell | 12/12 | J | | |
| 24. GMAC (notes) | B | Interest | J | T | Matured | 3/15 | J | | |
| 25. Ishares TR Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | Buy | 1/3* | J | | |
| 26. Jensen Portfolio (fund) | A | Dividend | K | T | | | | | |
| 27. Johnson & Johnson (stock) | A | Dividend | J | T | Buy | 1/3* | J | | |
| 28. Julius Baer Int'l Equity (fund) | A | Dividend | K | T | | | | | |
| 29. Laudus US Discovery (fund) | A | Dividend | J | T | Buy | 1/3* | J | | |
| 30. Lehman Brothers (CD) | A | Interest | K | T | | | | | |
| 31. Maricopa County, AZ (bond) | B | Interest | K | T | | | | | |
| 32. Mathews Japan Fund | B | Dividend | K | T | Buy | 1/3* | K | | |
| 33. Meridian Value Fund | B | Dividend | J | T | Sell | 12/15 | J | C | |
| 34. Nebraska Public Power (bond) | A | Interest | J | T | Matured | 1/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen Preferred & Convertible (stock) | A | Dividend | J | T | | | | | |
| 36. Patina Oil & Gas (stock) | A | Dividend | J | T | Sell | 1/3* | J | | |
| 37. Peoria, AZ (bond) | A | Interest | K | T | Buy | 1/3* | K | | |
| 38. Pimco Total Return Fund | A | Dividend | J | T | Buy | 1/3* | J | | |
| 39. Prudential Insurance Co. (stock) | A | Dividend | J | T | | | | | |
| 40. Rainier Small/Mid Cap (fund) | A | Dividend | J | T | Buy | 3/17 | J | | |
| 41. Rainier Small/Mid Cap Equity Fund | A | Dividend | J | T | Buy | 3/17 | J | | |
| 42. Rydex Technology Fund | A | Dividend | J | T | | | | | |
| 43. Torrington, WY (bond) | A | Interest | J | T | Matured | 12/1 | J | | |
| 44. Tweedy Browne Global Value Fund | A | Dividend | J | T | | | | | |
| 45. UMB Scout Worldwide Mutual Fund | A | Dividend | J | T | | | | | |
| 46. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 47. Wells Fargo - various bank accounts | A | Interest | K | T | Opened | 10/2 | K | | |
| 48. West Contra Costa, CA (bond) | B | Interest | L | T | | | | | |
| 49. Wilmington, DE (bond) | B | Interest | K | T | | | | | |
| 50. World Savings Bank - accounts | B | Interest | K | T | Sell | 10/6 | K | A | |
| 51. Wyoming Bank & Trust - various bank accounts | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. * = Estimated Date | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. During the year, we changed our estate plan. Our assets are now owned by the ██████ Revocable Trust or the Wade Brorby Irrevocable Insurance Trust or in the individual name of either myself or █████████████████

2. ████████ as trustee, owns a whole life policy insuring my life. The insurer is Prudential Insurance Company. As this policy is not held as an investment, the policy income received is reported under Part III (Non-Investment Income).

3. Most of our investments are managed by Charles Schwab & Co. under a service described as Schwab Private Client.

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 04/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  4-5-06

NOTE: A            S TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544